– 1 –

1  Janet H. Kwuon (SBN 143807)
   James M. Neudecker (SBN 221657)
2  Reed Smith LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
4  Facsimile: +1 415 391 8269

5  Attorneys for Defendant
   Eli Lilly and Company, a corporation
6
   Elise R. Sanguinetti (SBN 191389)
7  Khorrami, LLP
   360 22nd Street, Suite 640
8  Oakland, CA 94612
   Telephone: +1 510 867 2000
9  Facsimile: +1 866 546 7377

10 Attorneys for Plaintiffs

11 Charles E. Osthimer III (SBN 51286)
   Joseph A. Whitecavage (SBN 154879)
12 LECLAIRRYAN LLP
   44 Montgomery Street, 18th Floor
13 San Francisco, CA 94104
   Telephone: +1 415 391 7111
14 Facsimile: +1 415 391.8766

15 Attorneys for Watson Pharmaceuticals, Inc.

16 Patricia L. Bonheyo
   Goodman Neuman Hamilton LLP
17 417 Montgomery Street, 10th Floor
   San Francisco, CA 94104
18 Telephone: +1 415 705 0400
   Facsimile: +1 415 705 0411
19
   Attorneys for McKesson Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE REICHEL, et al., | Case No. 3:12-cv-05945-RS |
| Plaintiffs, | ~~PROPOSED~~ **ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO** |
| vs. | |
| MCKESSON CORPORATION, et al., | |
| Defendants. | Judge: District Judge Richard Seeborg<br>Date Filed: November 16, 2012<br>Date Removed: November 20, 2012<br>Trial Date: None Set |

1   This matter comes before the Court upon the parties' Joint Stipulation to Continue Case Management Conference and Stay All Rule 26 Deadlines Related Thereto. Upon careful scrutiny, and for good cause shown, the Court finds the request well taken and grants the request to continue the Case Management Conference and stay all related Rule 26 obligations.

Accordingly, it is hereby **ORDERED** that:

1.   The Case Management Conference, originally set for hearing on March 7, 2013, shall be continued to   May 2, 2013 at 10:00 a.m.

2.   All Rule 26 obligations shall be continued in relation to the new Case Management Conference date per the Federal Rules of Civil Procedure and Local Rules.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  February  27, 2013

_____
Honorable Richard Seeborg
Judge of the United States District Court

US_ACTIVE-112104914

– 2 –
PROPOSED ORDER GRANTING STIPULATED REQUEST CONTINUE CASE MANAGEMENT CONFERENCE
AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO