UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE REICHEL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MCKESSON CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-05945-RS<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: 12-cv-05924-JST |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Keene v. McKesson Corporation*, 12-cv-5924-JST.

**IT IS SO ORDERED.**

Dated:  July 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge